**Opinion issued June 20, 2023**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-22-00581-CV

_____

**STEPHEN MANLEY, Appellant**

**V.**

**BANK OF AMERICA, N.A., Appellee**

---

**On Appeal from the County Civil Court at Law No. 1
Harris County, Texas
Trial Court Case No. 1183309**

---

## MEMORANDUM OPINION

In this forcible-detainer action, appellant, Stephen Manley, appeals from the county court's judgment granting possession of certain real property to appellee, Bank of America, N.A. We dismiss the appeal as moot.

The only issue in a forcible-detainer action is the right to actual possession of the subject property and the merits of any title dispute shall not be adjudicated. *See Tellez v. Rodriguez,* 612 S.W.3d 707, 709 (Tex. App.—Houston [14th Dist.] 2020, no pet.) (citing TEX. R. CIV. P. 510.3(e)). An appeal from a forcible-detainer action becomes moot if the appellant is no longer in possession of the property, unless the appellant holds and asserts "a potentially meritorious claim of right to current, actual possession" of the property. *Marshall v. Housing Authority of the City of San Antonio,* 198 S.W.3d 782, 786–87 (Tex. 2006); *see Wilhelm v. Fed. Nat. Mortg. Ass'n,* 349 S.W.3d 766, 768 (Tex. App.—Houston [14th Dist.] 2011, no pet.); *Gallien v. Fed. Home Loan Mortg. Corp.,* No. 01-07-00075-CV, 2008 WL 4670465, at \*2–4 (Tex. App.—Houston [1st Dist.] Oct. 23, 2008, pet. dism'd w.o.j.) (mem. op.).

On May 16, 2023, appellee filed a motion to dismiss, arguing that the appeal is moot because the writ of possession was executed, and appellant no longer has possession of the property. Appellant did not respond to the motion to dismiss, and therefore, has failed to assert a potentially meritorious claim of right to current, actual possession of the property. *See Marshall,* 198 S.W.3d at 787; *Wilhelm,* 349 S.W.3d at 768; *Soza v. Fed. Home Loan Mortg. Corp.,* No. 01-11-00568-CV, 2013 WL 3148616, at \*1 (Tex. App.—Houston [1st Dist.] June 18, 2013, no pet.) (mem.

op.) (stating that appellant who failed to respond to appellee's motion to dismiss had failed to assert potentially meritorious claim of right to current, actual possession).

Accordingly, we dismiss the appeal as moot. *See Marshall*, 198 S.W.3d at 785, 787, 790; *Wilhelm*, 349 S.W.3d at 769; *Bey v. ASD Fin., Inc.*, No. 05-14-00534-CV, 2014 WL 4180933, at *1 (Tex. App.—Dallas Aug. 11, 2014, no pet.) (mem. op.) (dismissing appeal of forcible detainer action as moot because appellant no longer possessed property at issue); TEX. R. APP. P. 42.3(c).  We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Guerra and Farris.